Supreme Court

**In the Matter of Gerard H. Donley .**                    No. 2014-237-M.P.

**O R D E R**

On June 13, 2013, Gerard H. Donley, a member of the Bar of this state, was found guilty after trial by jury in the Superior Court of Providence County of the following criminal charges: count 1, obstruction of the judicial system, in violation of G.L. 1956 § 11-32-3; count 2, conspiracy, in violation of G.L. 1956 § 11-1-6; count 3, bribery of witness, in violation of G.L. 1956 § 11-7-11; and count 4, conspiracy, in violation of § 11-1-6.  On July 17, 2013, subsequent to the jury verdict but prior to sentencing, Donley submitted an affidavit requesting that his license to practice law in this state be suspended pending the resolution of any final appeal he may take when the judgment of conviction was entered.  On August 6, 2013, this Court entered an order suspending Donley from the practice of law, effective July 24, 2013.

On September 11, 2013, the following sentences were imposed by the Superior Court:  count 1, four years imprisonment; count 2, four years imprisonment; count 3, seven years, with two years imprisonment, five years suspended, and five years probation; count 4, seven years, with two years imprisonment, five years suspended, and five years probation.  Donley is presently serving the sentences imposed by the Superior Court.

Donley filed an appeal to this Court from the judgment of conviction, but he subsequently withdrew that appeal voluntarily.  On July 2, 2014, he executed an affidavit in which he acknowledged his guilt and consented to disbarment in accordance with the provisions of Article III, Rule 13 of the Supreme Court Rules of Disciplinary Procedure and forwarded that affidavit to this

Court's Disciplinary Counsel, who in turn submitted that affidavit to the Court on September 3, 2014.

Upon review of that affidavit we deem that an order of disbarment is appropriate. Accordingly, pursuant to Rule 13, it is hereby ordered, adjudged and decreed that Gerard H. Donley is disbarred on consent from engaging in the practice of law. The effective date of this order of disbarment is retroactive to the date of his suspension, July 24, 2013.

Entered as an Order of this Court this 14th Day of October, 2014.

By Order,

_____/s/_____
Clerk


**TITLE OF CASE:**       In the Matter of Gerard H. Donley.

**CASE NO:**             No. 2014-237-M.P.

**COURT:**               Supreme Court

**DATE ORDER FILED:**    October 14, 2014

**JUSTICES:**            Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ.

**WRITTEN BY:**          N/A – Court Order

**JUDGE FROM LOWER COURT**:

                         N/A – Court Order

**ATTORNEYS ON APPEAL:**

                For Petitioner:    David Curtin, Esq.
                                   Chief Disciplinary Counsel

                For Respondent:  Catherine Gibran
                                    Office of the Public Defender